IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI (GULFPORT)

JESSICA HAAS,                                                        CHAPTER 13
DEBTOR                                                               CASE NO. 19-50428KMS

## **MOTION TO DISMISS**

COMES NOW, the attorney for the debtor and files this Motion to Dismiss and would respectfully show unto this Honorable Court the following to-wit:

1- A Chapter 13 case was prepared and filed for this debtor on May 31, 2019.
2- The Debtor made a good faith effort to formulate a repayment plan but was unsuccessful in doing so at this time in this Court and she will explore other alternatives.
3- The Debtor hereby moves to dismiss this bankruptcy proceeding.

WHEREFORE, PREMISES CONSIDERED, attorney for debtor requests that the Court allow the dismissal of this Chapter 13.

RESPECTFULLY SUBMITTED, this the 2nd day of June, 2019.

                                                                   Respectfully submitted,

                                                                   /s/*Jeffrey G. Pierce*
                                                                   Jeffrey G. Pierce
                                                                   Attorney for Debtors

Respectfully submitted,
s/Jeffrey G. Pierce
JEFFREY G. PIERCE, MSB#99645
JEFFREY G. PIERCE PLLC
1101 Iberville Dr.
Ocean Springs, MS 39564
228 – 875 – 3715
601-766-9108 FAX
Jeffrey.piercelaw@gmail.com

CERTIFICATE OF SERVICE

A copy of this pleading has been provided by the Bankruptcy Court's Noticing service to the Case Trustee and U.S. Trustee this the 2nd day of June 2019.

Respectfully submitted,
s/Jeffrey G. Pierce
JEFFREY G. PIERCE, MSB#99645
JEFFREY G. PIERCE PLLC

1101 Iberville Drive
Ocean Springs, MS 39564
228-875-3715 T
601-766-9108 FAX
Jeffrey.piercelaw@gmail.com